IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Lisa L. Weigner, | CIVIL DIVISION |
| Plaintiff, | CASE NO.: 2:21-cv-899 |
| v. | Judge |
| Lincoln Life Assurance Company of Boston, d/b/a Lincoln Financial Group, | **COMPLAINT** |
| Defendant. | FILED ON BEHALF OF: PLAINTIFF: Lisa L. Weigner |
| | COUNSEL FOR THIS PARTY: |
| | Francis M. Moore, Esquire PA I.D. #60039 fmoore@mansmann-moore.com MANSMANN & MOORE, LLP 304 Ross Street, Suite 600 Pittsburgh, PA 15219 |
| | Tele: (412) 232-0661 Fax:  (412) 232-0233 |

## COMPLAINT

### Parties

1. Plaintiff, Lisa L. Weigner, is an individual with an address of 614 Chester Drive, McKees Rocks, PA 15136.

2. Defendant, Lincoln Life Assurance Company of Boston, is a long term disability insurer, licensed to do business in the Commonwealth of Pennsylvania, with an address of Group Benefits Disability Claims, London, KY 40742-7213.

### Jurisdiction

3. This action is brought under, and jurisdiction of this matter is vested in this Court through the *Employee Retirement Income Security Act* (ERISA), and specifically 29 U.S.C. 1132(e), 502(e) wherein the district courts of the United States shall have exclusive jurisdiction of civil actions under this title brought by the Secretary or by a participant, beneficiary, fiduciary, or any person referred to in ERISA.

4. Venue is proper because Defendant, Lincoln Life Assurance Company of Boston, regularly conducts business in this District.

### History of Case

5. This action stems from a policy of long term disability insurance administered by Defendant in which Plaintiff was an insured.

6. Lisa L. Weigner was an employee of the Apple INC. and was insured under a policy of long term disability insurance with the Defendant.

7. Due to significant medical ailments, Lisa L. Weigner has become fully disabled.

8. Lincoln Life Assurance Company of Boston denied long term disability benefits to Plaintiff on or about July 21, 2020.

9. Said denial of long term disability benefits was illegal and unreasonable.

10. All administrative appeals have been exhausted.

11. Significant medical evidence was presented to Defendant outlining the nature and extent of Lisa L. Weigner's disability.  Notwithstanding this medical evidence, Defendant continued to illegally deny Plaintiff long term disability benefits.

### Prayer for Relief

WHEREFORE, Lisa L. Weigner prays for the following relief:

a. Judgment in her favor and against the Defendant for the amount of all benefits due and owing under the plan with interest as may be permitted by the Court;

b. An award by the Court for reasonable attorney's fees and costs as provided under the ERISA law, found at section 1132(g), *et seq;* and

c. Any other legal or equitable relief as the Court deems appropriate.

*/s/Francis M. Moore*
Francis M. Moore, Esquire
Pa. I.D. #60039
fmoore@mansmann-moore.com
MANSMANN & MOORE, LLP
304 Ross Street, Suite 600
Pittsburgh, PA 15219

Tele:   (412) 232-0661
Fax:    (412) 232-0233

3