IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA L. WEIGNER, | ) Civil Division |
| Plaintiff, | ) Case No. 2:21-cv-00899- JFC |
| v. | ) Electronically Filed |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON d/b/a LINCOLN FINANCIAL GROUP, | ) |
| Defendant. | ) |

**STIPULATION FOR DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Lisa Weigner and Defendant Lincoln Life Assurance Company of Boston n/k/a The Lincoln National Life Insurance Company, by and through their respective counsel, hereby stipulate that all claims in the above-styled action shall be and hereby are dismissed with prejudice. Each party shall bear their own costs, attorney's fees, and expenses of litigation.

Respectfully submitted,

By: /s/ Francis M. Moore
Francis M. Moore
PA Id No. 60039
MANSMANN & MOORE, LLP
304 Ross Street, Suite 600
Pittsburgh, PA 15219
Phone: 412-232-0661
Fax: 412-232-0233
fmoore@mansmann-moore.com

*Attorney for Plaintiff*

By: /s/ Stephanie S. Segalini
Stephanie S. Segalini
*Admitted Pro Hac Vice*
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, PC
100 North Tampa Street, Suite 3600
Tampa, FL 33602
Phone: (813) 221-7216
stephanie.segalini@ogletree.com

*Attorney for Defendant*

IT IS SO ORDERED:

s/Joy Flowers Conti
Honorable Joy Flowers Conti
Und States District Judge

Dated: January 11, 2022